

# U.S. Department of Justice

Federal Bureau of Prisons
Federal Medical Center
Post Office Box 1600
Butner, North Carolina 27509
919-575-3900

September 16, 2007

Honorable Judge Susan Oki Mollway
United States District Court Judge
District of Hawaii
C338 Prince Kuhio Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850-0001

RE:   PEREZ, Ramon Alfredo
      Reg. No.: 87616-022
      Docket No.: 00-00139SOM-03

Dear Judge Mollway:

This letter is to advise you that Mr. Ramon Alfredo Perez, who was sentenced on September 4, 2001, died at approximately 9:56 a.m. on Thursday, September 6, 2007. The cause of death was determined to be Metastatic Rectal Cancer.

Mr. Perez was sentenced to 108 months for Conspiracy to Possess With Intent To Distribute Crystal Methamphetamine. Mr. Perez had a projected release date of March 31, 2009.

If I can provide any additional information or be of further assistance, please do not hesitate to contact me.

Sincerely,

A. F. Beeler
Complex Warden

Page Two
PEREZ, Ramon Alfredo
Reg: # 87616-022

cc:

Edward H. Kubo, Jr., USA
District of Hawaii
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, HI 96850

Richard W. Crawford, Chief
United States Probation
District of Hawaii
C-110 Prince Kuhio Federal Bldg.
300 Ala Moana Blvd.
Honolulu, HI 96850

K. M. White
Mid-Atlantic Regional Director
Junction Business Park
Federal Bureau of Prisons
10010 Junction Drive, Suite 100-N
Annapolis Junction, MD 20701